IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MOJTABA GOLYAR, A# 249-119-618                                    PETITIONER

V.                                              CIVIL NO.  5:26-cv-116-DCB-BWR

WARDEN RAFAEL VERGARA, ET AL.                                   RESPONDENTS

ORDER REQUIRING PETITIONER TO RESPOND

Pro se Petitioner Mojtaba Golyar, is an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi, and he brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  Upon initial review of Golyar's Petition, it is hereby,

ORDERED that on or before March 27, 2026, Petitioner shall file a written response to answer the following questions:

(a)  What is your country of origin?

(b)  Have you been in immigration custody since November 18, 2024?

(c)  Have you been detained for any non-immigration reason or by any other law enforcement agency since November 18, 2024?

IT IS FURTHER ORDERED that the Court warns Petitioner that his failure to advise this Court of a change of address or his failure to timely comply with this Order may result in the dismissal of this case.

THIS, the 6th day of March, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE